IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ADRIENNE W., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, Commissioner of the Social Security Administration <br><br> Defendant. | Case No. 3:17-cv-1218-N-BT |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated March 24, 2020 (ECF No. 29). The Court has reviewed the Findings, Conclusions, and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's Motion for Attorney's Fees under 42 U.S.C. § 406(b) (ECF No. 28) is GRANTED, and attorney Daniel Skaar is awarded $13,549.60 in attorney's fees to be certified for payment out of Plaintiff's past-due benefits under 42 U.S.C. § 406(b). The Commissioner is ORDERED to certify and disburse such amount from Plaintiff's past-due benefits to Plaintiff's counsel, and Plaintiff's counsel is ORDERED to promptly return to Plaintiff the $7,464.60 previously awarded under the EAJA.

**SO ORDERED,** this 8th day of May, 2020.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE